## LIPSCOMB *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 24, September Term, 1961.]

*Decided October 19, 1961.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

This is the second application of Roosevelt Lipscomb for leave to appeal. See *Lipscomb v. Warden,* 223 Md. 640.

For the reasons stated in the memorandum and order of Judge Evans (dated June 13, 1961) filed in the lower court, this second application for leave to appeal from the order again denying the petitioner post conviction relief and dismissing the petition therefor is hereby denied.

*Application denied.*